1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00228-WBS |
|---|---|
12 | Plaintiff, | FINDINGS AND ORDER TO VACATE PRELIMINARY EXAMINATION, TO SET FOR ARRAIGNMENT AND CHANGE OF PLEA, AND TO EXCLUDE TIME |
13 | v. | |
14 | TAURINO SALGADO FARIAS, | |
15 | Defendant. | DATE: November 29, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

16

17    The Court has read and considered the Stipulation to Vacate Preliminary Examination, to Set for
18 Arraignment and Change of Plea, and to Exclude Time, filed by the parties in this matter on November
19 19, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into
20 this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant
21 to Rule 5.1(d) of the Federal Rules of Criminal Procedure.
22    Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
23 of justice served by granting this continuance outweigh the best interests of the public and the defendant
24 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would
25 not adversely affect the public interest in the prompt disposition of criminal cases.
26    THEREFORE, FOR GOOD CAUSE SHOWN:
27    1.    The preliminary hearing scheduled for November 29, 2018, at 2:00 p.m., is vacated.
28    2.    Defendant shall appear for an arraignment on the Information and waiver of indictment

on December 3, 2018, at 2:00 p.m., before the duty Magistrate Judge.

3. Defendant shall appear for a Change of Plea on December 17, 2018, at 9:00 a.m., before the Honorable William B. Shubb.

4. The time between November 29, 2018, and December 3, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: November 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER

2